UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   NORLEEN K. WILLIAMS           :        CHAPTER 13 BANKRUPTCY
        Debtor                         :        NO. 17-10514

CERTIFICATION OF NO RESPONSE AND
CERTIFICATION OF UNCONTESTED APPLICATION FOR COUNSEL FEES

I, PAUL H. YOUNG, ESQUIRE, attorney for Debtor listed above, certify the following:

1. On May 15, 2017, I served a true and correct copy of the attached Notice of Application for Counsel Fees on the Debtor, Trustee and all interested parties.

2. I have not received a responsive pleading from any party in interest within the time period provided by the Rules of Court.

WHEREFORE, it is respectfully requested that this Honorable Court grant the Application for Counsel Fees and enter the proposed Order attached hereto.

Respectfully submitted,

/s/ Paul H. Young

_____
PAUL H. YOUNG, ESQUIRE
Attorney for Debtor
3554 Hulmeville Rd., Suite 102
Bensalem, PA   19020