UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| NORLEEN WILLIAMS | : | 7/25/17, 9:30 A.M. |
| | : | Courtroom #  1 |
| | : | |
| | : | Case No. 17-10514-ELF |

## ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

1.      Admitted.

2.      Admitted

3.      Admitted.

4.      Admitted.

5.      Admitted.

6.      Admitted.

7.      Admitted.

8.      Denied.  Debtor denies that she has failed to make the stated payments as listed

and avers that Movant is holding payment(s) in abeyance without crediting her

account.   However, if debtor has missed any payments, she wishes to enter into a

stipulation allowing her to repay any post-petition arrearages.

9.      Denied.

10.     Denied. Debtor is current with trustee as of the date of this Answer.

11.     Denied.

12.     Denied.

WHEREFORE, it is requested that this Honorable Court DENY and DISMISS movant's Motion for Relief from the Automatic Stay, or in the alternative approve a stipulation permitting the Debtors to become current on any missed post-petition payments.

Respectfully Submitted,

YOUNG, MARR & ASSOCIATES

By:        /s/Paul H. Young
           Paul H. Young, Esquire
           Attorney for Debtors
           3554 Hulmeville Road, Suite 102
           Bensalem, PA 19020
           (215) 639 - 5297