**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF**
**PENNSYLVANIA**

In RE:　　　　　　　　　　　　　　　　　　　　　　　　　　　**Case No.** 17-10514
　　NORLEEN K. WILLIAMS

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:　　　　　　　　　　　　　　　　　　　　　　　TO:
Fay Servicing, LLC　　　　　　　　　　　　　　　　　　Fay Servicing, LLC

939 W. North Avenue　　　　　　　　　　　　　　　　3000 Kellway Dr.

Suite 680　　　　　　　　　　　　　　　　　　　　　　Ste 150

Chicago, Illinois 60642　　　　　　　　　　　　　　　Carrollton, TX 75006

Dated: 08/17/2017　　　　　　　　　　　　　　　　　/s/ Padma Vaghela
　　　　　　　　　　　　　　　　　　　　　　　　　　Creditor's Authorized Agent for Fay Servicing LLC