IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                    :
                                          :        In Chapter 13
        NORLEEN K. WILLIAMS               :
                                          :        Bankruptcy No. 17-10514 (ELF)
                          Debtor.         :
-------------------------------------------------------x
```

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed First Amended Chapter 13 Plan (Document #31) which was filed on July 19, 2017.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: September 22, 2017       By:    */s/ Joshua Domer* ____
                                       JOSHUA DOMER
                                       Assistant City Solicitor
                                       PA Attorney I.D. 319190
                                       Attorney for the City of Philadelphia
                                       City of Philadelphia Law Department
                                       Municipal Services Building
                                       1401 JFK Boulevard, 5th Floor
                                       Philadelphia, PA  19102-1595
                                       215-686-0519 (phone)
                                       Email: Joshua.Domer@phila.gov