UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA – (PHILADELPHIA) DIVISION

| | |
|---|---|
| In Re: | Case No.: 17-10514 |
| NORLEEN K.WILLIAMS, | CHAPTER 13 |
| Debtor. | **REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:   UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES as servicer for U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust ("BSI"), a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1  BSI requests that for all notice purposes and for inclusion in the Master Mailing List in
2  this case, the following address be used:

3 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:**
4 | BSI Financial Services | prpbk@bsifinancial.com
  | 1425 Greenway Drive, Ste. 400
5 | Irving, TX  75038

6
7
8  Dated: October, 02, 2017        By: /s/ Karin Murphy
                                       Karin Murphy
9                                      c/o BSI Financial Services
                                       Assistant Vice President, Foreclosure and
10                                     Bankruptcy
                                       1425 Greenway Drive, Ste. 400
11                                     Irving, TX  75038
12                                     972.347.4350
                                       prpbk@bsifinancial.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**2**
REQUEST FOR NOTICE

|   |   |
|---|---|
| 1 | UNITED STATES BANKRUPTCY COURT |
| 2 | EASTERN DISTRICT OF PENNSYLVANIA – (PHILADELPHIA) DIVISION |

In Re:                                             )   Case No.: 17-10514
                                                   )
NORLEEN K. WILLIAMS,                               )   CHAPTER 13
                                                   )
    Debtor.                                        )   **CERTIFICATE OF SERVICE**
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )
                                                   )

## **CERTIFICATE OF SERVICE**

    I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

    I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On October 17, 2017 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Norleen K. Williams<br>936 E. Rittenhouse Street<br>Philadelphia, PA 19138<br><br>**Debtor's Counsel**<br>PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | **Chapter 13 Trustee**<br>WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br><br>**U.S. Trustee**<br>United States Trustee<br>Office of the U.S. Trustee<br>833 Chestnut Street<br>Suite 500<br>Philadelphia, PA 1910 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 17, 2017 at Anaheim, California

*/s/ Jennifer Londo*
Jennifer Londo

CERTIFICATE OF SERVICE