United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10514-elf
Norleen K. Williams                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW        Page 1 of 2            Date Rcvd: Jul 18, 2018
                        Form ID: pdf900       Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2018.
db          +Norleen K. Williams,    936 E. Rittenhouse Street,    Philadelphia, PA 19138-1708
intp        +BSI FINANCIAL SERVICES, INC.,    1425 GREENWAY DRIVE, SUITE 400,    IRVING, TX 75038-2480
13855841   ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
             (address filed with court:   Caine & Weiner,    Po Box 5010,    Woodland Hills, CA 91365)
13970074    +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton, TX 75006-3357
13855843    +Fayfinancial,    939 W North Ave Ste 680,    Chicago, IL 60642-1231
13942111    +PROF-2014-S2 Legal Title Trust II,,    Fay Servicing, LLC,    440 S. LaSalle Street, Suite 2000,
              Chicago, IL 60605-5011
13923136    +PROF-2014-S2 Legal Title Trust II, by U.S. Bank Na,    c/o MATTEO SAMUEL WEINER,
              KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13880501    +Philadelphia Gas Works,    800 W Montgomery Ave,    Philadelphia Pa 19122-2898,
              Attn: Bankruptcy Dept 3F
13855844    +Santander Consumer USA,    Po Box 961245,    Ft Worth, TX 76161-0244
13855846    +Seterus Inc,    14523 Sw Millikan Way St,    Beaverton, OR 97005-2352
13855845    +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
13991217    +US Bank Trust National Association as Trustee,    c/o BSI Financial Services,
              1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:28      City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:05
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 19 2018 02:13:18      U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:28      City of Philadelphia,
              City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
              Philadelphia, PA 19102
13940558     E-mail/Text: megan.harper@phila.gov Jul 19 2018 02:13:28      City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA 19102-1595
13857760     E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 19 2018 02:13:05       PA  Department of Revenue,
              Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13855842          Dorothy Wint Ryan
cr*              +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
13855840*        +Allied Collection Services,    8550 Balboa Blvd Ste 232,    Northridge, CA 91325-5806
13855839        ##+Allied Collection Services,    8550 Balboa Blvd,    Suite 232,    Northridge, CA 91325-5806
                                                                                   TOTALS: 1, * 2, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                             Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: ChrissyW              Page 2 of 2                   Date Rcvd: Jul 18, 2018
                              Form ID: pdf900             Total Noticed: 18
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2018 at the address(es) listed below:
          CHRISTOPHER M. MCMONAGLE    on behalf of Creditor   US Bank Trust National Association as Trustee
           of the Igloo Series III Trust cmcmonagle@sterneisenberg.com,  bkecf@sterneisenberg.com
          JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          MATTEO SAMUEL WEINER    on behalf of Creditor   PROF-2014-S2 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          PAUL H. YOUNG    on behalf of Debtor Norleen K. Williams support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor   PROF-2014-S2 Legal Title Trust II, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NORLEEN K. WILLIAMS                                Chapter 13

                    Debtor             Bankruptcy No. 17-10514-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: July 18, 2018**                      _____
                                             Eric L. Frank
                                             Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
NORLEEN K. WILLIAMS

936 E. RITTENHOUSE STREET

PHILADELPHIA, PA 19138